**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 114857
*Attorneys for Plaintiff*

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 29 2018 ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Howard Dash, individually and on behalf of all those similarly situated,

Plaintiff,

-against-

Maury Cobb & Associates LLC and Amsher Collection Services, Inc.,

Defendants.

Docket No: 2:18-cv-02633-JFB-SIL

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendants.

Dated: June 11, 2018

The Clerk of the Court shall close the case.

**SO ORDERED**
/s/ Joseph Bianco
Joseph F. Bianco
USDJ
Date: June 29, 2018
Central Islip, N.Y.

**BARSHAY SANDERS, PLLC**

By: /s David M. Barshay
David M. Barshay
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 114857
*Attorneys for Plaintiff*